UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* DAVID ANGEL SIFUENTES III,   Case No. 23-mc-50028

_____/   U.S. District Court Judge
Gershwin A. Drain

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE (ECF No. 1)

On February 19, 2021, this Court issued an order enjoining David Angel Sifuentes "from initiating a new civil action (other than a habeas corpus petition) asserting [violation of his due process rights during his state court trial and convictions for third degree criminal sexual conduct and furnishing alcohol to a minor] without first seeking and obtaining leave of the Court." *Sifuentes v. Midland Cty. Prosecutor's Off., et al.*, Case No. 20-cv-12907 (E.D. Mich. Feb. 19, 2021).

Presently before the Court is Sifuentes' Motion for Leave to File. ECF No. 1. Specifically, Sifuentes seeks to file a complaint against Pluto TV for a data breach. Upon review of his proposed complaint, the Court concludes this matter is unrelated to Sifuentes' prior cases seeking to challenge his state court convictions. As such, the Court will grant Sifuentes leave to file his complaint.

1

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Leave to File (ECF No. 1) is **GRANTED**.

**IT IS SO ORDERED**.

/s/ Gershwin Drain  
GERSHWIN A. DRAIN  
UNITED STATES DISTRICT JUDGE

Dated:  January 13, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 13, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

2